# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-2372

_____

United States of America

*Plaintiff - Appellee*

v.

Johnny Wayne Callen

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: February 6, 2018
Filed: February 9, 2018
[Unpublished]

_____

Before BENTON, MURPHY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Johnny Callen directly appeals the within-Guidelines-range sentence the district court[1] imposed after he pleaded guilty to enticing a minor to engage in sexual

_____

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

activity. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence. See United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (discussing appellate review of sentencing decisions); see also United States v. Callaway, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines-range sentence may be presumed reasonable). In addition, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal. Accordingly, the judgment is affirmed, and counsel's motion to withdraw is granted.

_____